# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Renee Flores, on behalf of himself
and all others similary situated

 Plaintiff

 V.

Thomas & Associates, P.C.  et al

 Defendant

CIVIL ACTION

NO.   08-12105

## SETTLEMENT ORDER OF DISMISSAL

    O'TOOLE,  D. J.

The Court having been advised on   **March 25, 2009**   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within **thirty (30) days** if settlement is not consummated.

 By the Court,

  3/25/2009                                                 /s/ Gina Edge - O'Leary
      Date                                                        Deputy Clerk

(Dismissal Settlement.wpd - 12/98)